**Chandler Emile GRAHAM, Petitioner–Appellant,**

v.

**Gail LEWIS, Warden; et al., Respondents–Appellees.**

No. 99–55128.

D.C. No. CV–98–00463–AHS.

United States Court of Appeals, Ninth Circuit.

---

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* Because the panel unanimously finds this case suitable for decision without oral argument,

Dillabaugh's motion for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted June 11, 2001.*

Decided June 21, 2001.

Before O'SCANNLAIN, SILVERMAN, and GOULD, Circuit Judges.

MEMORANDUM **

California state prisoner Chandler Emile Graham appeals pro se the district court's denial of his 28 U.S.C. § 2254 habeas corpus petition challenging his second-degree murder conviction. We have jurisdiction under 28 U.S.C. § 2253(a). We review de novo the district court's denial of a section 2254 petition, *see McNab v. Kok*, 170 F.3d 1246, 1247 (9th Cir.1999) (per curiam), and we affirm.

The California Court of Appeal concluded in Graham's direct appeal that, as a matter of state law, the felony-murder "merger" rule set forth in *People v. Ireland*, 70 Cal.2d 522, 540, 75 Cal.Rptr. 188, 450 P.2d 580 (1969), did not apply in Graham's case, and we cannot substitute our interpretation of *Ireland* for that of the state court. *See Estelle v. McGuire*, 502 U.S. 62, 68, 112 S.Ct. 475, 116 L.Ed.2d 385 (1991) ("[I]t is not the province of a federal habeas court to reexamine state-court determinations on state-law questions."). Because Graham has not shown that the state court's decision was either arbitrary or discriminatory, he has not alleged a federal constitutional violation supporting habeas corpus review. *See Kennick v. Superior Court*, 736 F.2d 1277, 1280 (9th Cir.1984) ("Absent arbitrary or discriminatory action . . . a mistake of state law does not constitute a due process violation . . . ."). The district court, therefore, properly denied Graham's habeas petition.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.